◼ LAWRENCE DEVELOPMENT CORPORATION, Plaintiff, v JOBIN WATERPROOFING, INC., Defendant and Third-Party Plaintiff-Appellant. SKIDMORE, OWINGS & MERRILL, Third-Party Defendant-Respondent, et al., Third-Party Defendants. (Appeal No. 3.)—Appeal unanimously dismissed without costs (*see, Men's World Outlet v Steinberg,* 101 AD2d 854, 855; *Wright v General Motors Corp.,* 96 AD2d 510). (Appeal from order of Supreme Court, Queens County, Katz, J.—renew motion.) Present—Boomer, J. P., Green, Pine, Balio and Lawton, JJ.